## Commonwealth ex rel. Graeser, Appellant, *v.* Myers.

Submitted March 19, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Ernest Graeser,* appellant, in propia persona.

*Paul R. Sand,* Assistant District Attorney, and *Raymond R. Start,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1959:

The order of the court below is affirmed on the opinion of Judge WILLIAM R. TOAL, as reported in 16 Pa. D. & C. 2d 519.